CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/27/2019
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JUSTIN T., <br><br> *Plaintiff*, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> *Defendant*. | CASE NO. 6:18-cv-00055 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross motions for summary judgment (Dkt. 12, 19), the Report and Recommendation ("R&R") of United States Magistrate Judge Robert S. Ballou (dkt. 24), and Plaintiff's objection to the R&R (dkt. 25). For the reasons set forth in the accompanying memorandum opinion, I will **ADOPT** the R&R in its entirety.

Accordingly, Plaintiff's objection is **OVERRULED**, Plaintiff's motion for summary judgment is **DENIED**, and the Commissioner's motion for summary judgment is **GRANTED**.

The clerk is directed to close this case and strike it from the active docket of the Court. The Clerk of Court is directed to send a copy of this Order to counsel of record, and to United States Magistrate Judge Robert S. Ballou.

Entered this 27th day of September, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1